IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MALLARD IP LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SIMPLY NUC INC.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 6:21-cv-01376<br><br>**Jury Trial Demanded** |

### AGREED NOTICE EXTENDING DEADLINES

Plaintiff, pursuant to the Court's *Standing Order Regarding Joint or Unopposed Requests to Change Deadlines*, notifies the Court that the parties have agreed to a 30-day extension for all deadlines, including the deadline for the Joint Case Readiness Status Report. This request does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

WHEREFORE, Plaintiff, based on agreement with Defendant, advises and notifies the Court that the time in which the parties must file the Joint Case Readiness Status Report is extended from March 1, 2022, to March 31, 2022.

This 1st day of March, 2022.

/s/ *Cortney S. Alexander*
Cortney S. Alexander
GA Bar No. 142690
  cortneyalexander@kentrisley.com
  Tel: (404) 855-3867
  Fax: (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57

Alpharetta, GA 30022

Attorneys for Plaintiff

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and Defendant have conferred in a good-faith attempt to resolve this matter by agreement. Defendant's counsel has indicated it agrees to the extension set forth in this notice.

*/s/ Cortney S. Alexander*

Cortney S. Alexander